LAW OFFICES SAM CHANDRA, APC
SAM CHANDRA   (SBN 203942)
710 S. Myrtle Ave., # 600
MONROVIA, CALIFORNIA 91016
Tel (626) 305-0555

Attorney for Moving Party -
REDWOOD HOLDINGS, LLC

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDWOOD HOLDINGS, LLC, | Case No: 3:24-cv-00173-RBM-SBC |
| Plaintiff, | STIPULATION OF ORDER OF REMAND |
| vs. | STIPULATION TO MAGISTRATE JUDGE |
| POPULAR FUNDING AND REAL ESTATE, INC; Nelson A Mancia | [28 U.S.C.S. § 1447(c)] |
| and DOES 1 through 10, | |
| Defendants. | |

Defendant, POPULAR FUNDING AND REAL ESTATE, INC, by and

through its attorney of record and Plaintiff REDWOOD HOLDINGS, LLC, by and

through its attorney of record, hereby stipulate that this case be remanded upon the

ground that it was removed into the wrong district, that there is no Federal

Question and that there is no diversity of citizenship issue as this was removed

form the home state of the removing Defendant and because the amount in

controversy is less than $75,000.00.  Furthermore this case lacks unanimity in that only one Defendant sought removal while the other continued to file documents within the State Court.

Based upon the above stated factors, it is so agreed by the parties that this case be remanded back to the Superior Court of California, County of Los Angeles, Norwalk Branch, Limited Civil.

It is further agreed that a magistrate judge may hear all aspects of this matter.

IT IS SO AGREED

Dated: 3/7/24

Law Offices of Sam Chandra, APC

By: _____
Sam Chandra, Attorney for Plaintiff
REDWOOD HOLDINGS, LLC

Dated: 3/1/24

Law Office of John Kenneth Baker

By: _____
John Baker, Attorney for Defendant
POPULAR FUNDING AND REAL
ESTATE, INC